9244

MUSLADIN v. BLACK *ET AL.*

(87 S. E. 69.)

CERTIORARI—TIME OF APPLICATION FOR WRIT.—A writ of *certiorari* will not be issued against a board to review their action on proceedings to declare the result of an election, after the record has passed beyond its control.

ORIGINAL JURISDICTION. Application for writ of *certiorari*, to review the declaration of the result of a primary

FOOTNOTE.—As to laches on part of petitioner in seeking writ, see 9 L. R. A. 356, 80 Am. Dec. 85, 125 Am. St. Rep. 743, 747.

election, directed to the city Democratic executive com-
mittee of Charleston.

December 7, 1915.

The following order was made

PER CURIAM.    This is an application for a writ of *certi-
orari* to require the city Democratic executive committee
of Charleston to certify to this Court the proceedings had
before them in the matter of the recent Democratric primary
for the city of Charleston to nominate a mayor and alder-
men for said city.

It appears from the return of the respondents filed herein
that they have not now the possession of the proceedings;
that they have filed the same with the clerk of the Court for
Charleston county, as provided by law, and they would now
be unable to comply with the writ, if issued.

This return is not traversed.    Under the case of *State* v.
*Moore,* 54 S. C. 556, 32 S. E. 700, the writ is refused.